ALANSON S. PAGE et al., Respondents, *v.* CHARLES G. ROEB-LING, as Executor, etc., Appellant.

(Argued February 7, 1895; decided February 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 12, 1893, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee, and also affirmed an interlocutory order by said referee refusing to correct or change his minutes, etc.

*Willis B. Dowd* for appellant.

*David P. Morehouse* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____